# CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J. DATE: 11/29/2010 TIME:11:00 a.m.(45 min.)

DOCKET NUMBER: CR-09-168-TCP TITLE: USA v. Romano et al

DEFT NAME: Michael Romano DEFT: # 1
_X_ PRESENT ___NOT PRESENT ___IN CUSTODY _X_ ON BAIL

ATTY FOR DEFT: Maurice Sercarz
_X_ PRESENT ___NOT PRESENT _X_ RETAINED ___C.J.A.
___FED. DEF. OF NY, INC.

DEFT NAME: William Kearney DEFT: # 2
_X_ PRESENT ___NOT PRESENT ___IN CUSTODY _X_ ON BAIL

ATTY FOR DEFT: Michael Bachner
_X_ PRESENT ___NOT PRESENT _X_ RETAINED ___C.J.A.
___FED. DEF. OF NY, INC.

DEFT NAME: Jarret Stretch DEFT: # 4
_X_ PRESENT ___NOT PRESENT ___IN CUSTODY _X_ ON BAIL

ATTY FOR DEFT: Glenn Hardy
_X_ PRESENT ___NOT PRESENT _X_ RETAINED ___C.J.A.
___FED. DEF. OF NY, INC.

DEFT NAME: Michael Schutzman DEFT: # 5
_X_ PRESENT ___NOT PRESENT ___IN CUSTODY _X_ ON BAIL

ATTY FOR DEFT: Patricia Pileggi
_X_ PRESENT ___NOT PRESENT _X_ RETAINED ___C.J.A.
___FED. DEF. OF NY, INC.

A.U.S.A.: Lara Gatz, Thomas Sullivan DEPUTY CLERK: Mary Ryan

COURT REPORTER: ___P. AUERBACH ___E. COMBS ___P. LOMBARDI
___H. RAPAPORT ___M.FOLEY _X_D. TURSI ___O.WICKER
___S. PICOZZI ___M.STEIGER

INTERPRETER:___MAYA GRAY ___J. CARLOS VENANT

_X_ CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO___________________________

___ MOTION CONFERENCE HELD ON_________________'S MOTION TO
_______________________________________________

___ ARGUMENT HEARD ___ MOTION GRANTED. ___ MOTION DENIED.
___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

_X_ SPEEDY TRIAL INFORMATION:
CODE TYPE: X- START DATE: 11/29/2010 XSTRT
STOP DATE: 5/ 9/2011 XSTOP

____ NEXT STATUS CONFERENCE SET FOR //2011 at ____

___ DEFTS. CONTINUED IN CUSTODY ____.

_X_ JURY SELECTION & TRIAL SCHEDULED FOR 5/9/2011 at 9:30 a.m.

__ MOTIONS TO BE MADE BY ____

_X_ RESPONSE TO DEFENDANT'S MOTION BY 12/17/2010

_X_ REPLY BY 1/10/2011

_X_ ORAL ARGUMENT set for 1/19/2011 at 11:00 a.m.

_X_ CURCIO HEARING SET FOR: 12/22/2010 AT 11:00 a.m. as to Jarret Stretch

___ FINAL PRETRIAL CONFERENCE SET FOR ____

___ OTHER: ____