# EXHIBIT D

# CAMPANELLI & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile   (516) 746-2611

Andrew J. Campanelli
*Member of NY & CT Bar*

Amanda R. Disken
*Member of NY Bar*

*COUNSEL*

George B. McPhillips
*1930-1994*

January 23, 2019

**VIA E-MAIL (diane.beckmann@usdoj.gov)**
**& VIA FIRST CLASS MAIL**

Ms. Diane C. Leonardo-Beckmann, Esq.
United States Attorneys Office
610 Federal Plaza
Central Islip, NY 11722

> **Re**:   USA v. ROMANO et al., 2:09-cr-00168-DLI
> United States District Court, E.D.N.Y.

Dear Ms. Leonardo-Beckmann:

As you know, our office represents non-party Karen Kearney, the wife of the Defendant William Kearney in the above-referenced action.   I write to confirm the contents of a telephone conversation that you had with Andrew J. Campanelli, Esq. of our office a few weeks ago.

During this telephone conversation, Mr. Campanelli explained that Ms. Kearney wishes to petition the Court under 21 U.S.C. §853(n)(2), for a hearing to adjudicate the validity of her right, title, and interest asserted herein with respect to the family residence located at 8 Valerie Place, East Islip, New York 11730 (hereinafter the "Property").

As you know, although the Property was subject to the Final Order of Forfeiture ("FOF") dated March 10, 2014, the FOF was vacated by the United States Court of Appeals for the Second Circuit on or about July 27, 2015.   The Court of Appeals remanded this matter for the district court to give *de novo* consideration to the magistrate judge's recommendations for restitution and forfeiture, including Defendant William Kearney's challenge with respect to the Property.

A review of the docket, however, reveals that a decision on this *de novo* review has not been rendered by the Court to date.

It is my understanding that, during your phone call, you informed Mr. Campanelli that if Ms. Kearney filed her petition pursuant to 21 U.S.C. §853(n)(2) it would be the Government's position that her petition is premature.   More specifically, the FOF was vacated and no new order of forfeiture has been entered by the Court which would then invoke the notice provisions of the statute.   Accordingly, Ms. Kearney's time (30 days) to file her petition has not yet begun to run.

In light of this telephone call and in hopes of resolving this issue without judicial intervention, we will abstain from filing a petition at this time if, either by e-mail to ajc@campanellipc.com or by mail, you can please confirm that this is the Government's position.'

We look forward to hearing from you.

Very truly yours,

AMANDA R. DISKEN, ESQ.

## Andrew Campanelli

| | |
|---|---|
| **From:** | Amanda R. Disken <ard@campanellipc.com> |
| **Sent:** | Wednesday, January 23, 2019 3:25 PM |
| **To:** | diane.beckmann@usdoj.gov |
| **Cc:** | ajc@campanellipc.com |
| **Subject:** | USA v. ROMANO |
| **Attachments:** | 1 23 19 Letter to Leonardo-Beckmann.pdf |

Dear Ms. Leonardo-Beckmann:

I'm Andrew Campanelli's Associate. As you know, we represent Ms. Karen Kearney. At your earliest convenience, please review the attached letter and let me know if, in fact, this is the Government's position concerning any petition that Ms. Kearney may file concerning the family residence. We are eager to resolve this issue, but will abstain from filing a petition upon your confirmation.

**Amanda R. Disken, Esq.**
*Associate*
Campanelli & Associates, P.C.
1757 Merrick Avenue, Suite 204
Merrick, NY 11566
(516) 746-1600
Fax: (516) 746-2611

**DISCUSSION PURPOSES ONLY:**
This e-mail, inclusive of any and all attachments, are strictly for discussion purposes only. Unless and until all parties execute a written agreement, nothing contained herein or attached hereto shall be binding on any party. All rights and remedies are expressly reserved.

**CONFIDENTIALITY:**
This e-mail, inclusive of any and all attachments, are legally privileged, confidential, and intended only for the intended addressed individual or entity. If you believe you have received this e-mail by mistake or error, please immediately notify the sender, delete this e-mail, and destroy any physical forms thereof. Thank you.

1