# EXHIBIT E

## Carole O'Shea

| | |
|---|---|
| **From:** | Carole O'Shea <cao@campanellipc.com> |
| **Sent:** | Thursday, September 3, 2020 2:42 PM |
| **To:** | 'Diane.Beckmann@usdoj.gov' |
| **Subject:** | USA v. ROMANO et al., 2:09-cr-00168-DLI |
| **Attachments:** | 9-2-20 ltr to Diane C. Leonardo re Kearney.pdf |

Ms. Leonardo-Beckmann:

I have attached a letter from Andrew J. Campanelli concerning
our Firm's client, Karen Kearney.

Thank you for your kind attention to this matter.

Carole-Ann O'Shea
*Office Manager*
### Campanelli & Associates, P.C.
1757 Merrick Avenue, Suite 204
Merrick, New York   11566
(516) 746-1600

*Confidentiality.Notice: This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by email and delete the original message*

1

# CAMPANELLI & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile    (516) 746-2611

Andrew J. Campanelli
*Member of NY & CT Bar*

*COUNSEL*

George B. McPhillips
*1930-1994*

Kaitlin M. Kennedy
Samuele Riva
*Members of NY Bar*

September 2, 2020

**VIA E-MAIL (diane.beckmann@usdoj.gov)**
**& FIRST CLASS MAIL**

Ms. Diane C. Leonardo-Beckmann, Esq.
United States Attorneys Office
610 Federal Plaza
Central Islip, NY 11722

> **Re**:    USA v. ROMANO et al., 2:09-cr-00168-DLI
> United States District Court, E.D.N.Y.

Dear Ms. Leonardo-Beckmann:

As you may recall, we had a tentative agreement in principle that our client's residence would be sold and the proceeds divided pursuant to an agreement between our client, Karen Kearney, and your office.

In accord with same, we permitted a representative of your office to examine and appraise the property prior to showing the residence for selling purposes.

My client has received multiple offers to purchase the property but, of course, does not wish to enter into any sales contract without obtaining a stipulation with your office permitting her to do so.

Unfortunately, I have been unable to reach you by telephone to discuss same.

Please contact me as soon as possible as time is of the essence.

I look forward to hearing from you.

Very truly yours,

ANDREW J. CAMPANELLI, ESQ.

AJC: cao