UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
UNITED STATES OF AMERICA,             :
                                      :        **SUMMARY ORDER**
            -against-                 :        09-cr-00168 (S-2)(DLI)(VMS)
                                      :
MICHAEL ROMANO AND WILLIAM            :
KEARNEY,                              :
                                      :
                   Defendants.        :
-------------------------------------------------------- x

**DORA L. IRIZARRY, United States District Judge:**

The Court has reviewed the proposed forfeiture orders submitted by the Government in connection with this matter. *See*, Dkt. Entry Nos. 562-1, 562-2. The proposed orders in their current form cannot be endorsed by the Court.

As an initial matter, the Government stated that this Court failed to reference specific bank accounts subject to forfeiture when the Court adopted the Report and Recommendation ("R & R") issued on July 26, 2013 by the Honorable Vera M. Scanlon, United States Magistrate Judge. *See*, Dkt. Entry No. 562.; *See also*, Memorandum and Order dated April 29, 2021 ("M & O"), Dkt. Entry No. 556. Contrary to the Government's statement, the Court not only discussed the bank accounts at issue but also adopted the R & R in its entirety, thereby effectively ordering the forfeiture of the bank accounts. *See*, M & O at 4, 9, 18. The Government failed to recognize that the Court specifically addressed the real property forfeiture because that was part of Defendants' specific objections to the R & R.

In addition, the Court cross-checked the bank accounts and numbers in the proposed forfeiture orders with the Declaration of William J. Hessle, which was referenced in the R & R. *See*, Decl. of William J. Hessle, Dkt. Entry No. 355-7; R & R, Dkt. Entry No. 373, at 41 n.9, 45

n.11.  Upon review, the Court cannot endorse either forfeiture order due to the following errors and inaccuracies:

(1) As to both proposed forfeiture orders, the opening paragraphs in each erroneously state that Defendants were convicted on June 16, 2011.  Defendants were convicted on June 13, 2011.  *See*, Jury Verdict, Dkt. Entry No. 295.

(2) As to Defendant Romano's proposed forfeiture order:

(a) The account number 520015671 mentioned in page 2, paragraph (d) should be 5200156671.  *See*, R & R, at 41 n.9;

(b) Capital One Bank, Account # 2286077009 is not mentioned at all in page 2 of the proposed order as one of the bank accounts subject to forfeiture.  *Id.*

(3) As to Defendant Kearney's proposed forfeiture order:  The account number 976208547 mentioned in page 3, paragraph (k) should be 976085471.  *Id*. at 45 n.11.

The Government shall make the above corrections and submit revised proposed forfeiture orders for the Court's endorsement no later than Friday, May 28, 2021.


SO ORDERED.

Dated: Brooklyn, New York
         May 25, 2021

                                                            /s/
                                                    DORA L. IRIZARRY
                                                United States District Judge

2