# CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile   (516) 746-2611

Andrew J. Campanelli
*Member of NY & CT Bar*

Kaitlin M. Kennedy
Samuele Riva
*Members of NY Bar*

*COUNSEL*

George B. McPhillips
*1930-1994*

June 18, 2021

Honorable Dora L. Irizarry
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Michael Romano, et al.
         Criminal Docket No. 09-168 (S-1)(DLI)

Dear Judge Irizarry:

As you are aware, we represent Ms. Karen Kearney with respect to the Verified Petition for a hearing to adjudicate the validity of her right, title, and interest asserted with respect to her family home located at 8 Valerie Place, East Islip, New York 11730.

We are writing in response to Ms. Diane C. Leonardo's June 10, 2021 letter. Within such letter Ms. Leonardo has requested a pre-motion conference with the Court. We would like to join her request for a conference with the hopes that this matter can be resolved amicably.

Sincerely,

_____/S_____
Andrew J. Campanelli