# CAMPANELLI & ASSOCIATES, P.C.

### ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile   (516) 746-2611

Andrew J. Campanelli
*Member of NY & CT Bar*

_____

Kaitlin M. Kennedy
Samuele Riva
*Members of NY Bar*

*COUNSEL*

George B. McPhillips
*1930-1994*

July 6, 2021

Honorable Dora L. Irizarry
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Michael Romano, et al.
        Criminal Docket No. 09-168 (S-1)(DLI)

Dear Judge Irizarry:

As you are aware, we represent Ms. Karen Kearney with respect to the Verified Petition for a hearing to adjudicate the validity of her right, title, and interest asserted with respect to her family home located at 8 Valerie Place, East Islip, New York 11730.

We are writing to request a settlement conference with the hopes to amicably resolve this matter without the need for any unnecessary motion practice. As is detailed in our petition, we had originally worked out a tentative agreement with the U.S. Attorney's Office regarding the family home. It is our hope to work out a similar agreement which would be fair to both our client as well as the government and victims.

Sincerely,

_____/S_____
Andrew J. Campanelli