

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JHK:DCL

*610 Federal Plaza*
*Central Islip, New York 11722*

July 6, 2021

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Michael Romano and William Kearney</u>
              Criminal Docket No. 09-168 (S-2)(DLI)(VMS)

Dear Judge Irizarry:

      In accordance with Your Honor's June 21, 2021 order, the parties have agreed upon the following briefing schedule, subject to Your Honor's approval, with regard to the government's motion to dismiss the ancillary petition of Karen Kearney ("Claimant"):

| | |
|---|---|
| August 6, 2021 | For service of the government's motion to dismiss; |
| September 3, 2021 | For service of Claimant's opposition; and |
| September 17, 2021 | For the government's reply, if any, and the filing of all motion papers. |

                       Respectfully submitted,

                       JACQUELYN M. KASULIS
                       Acting United States Attorney

      By:    <u>/s/ Diane C. Leonardo</u>
           Diane C. Leonardo
           Assistant U.S. Attorney
           (631) 715-7854