

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JHK:DCL

*610 Federal Plaza*
*Central Islip, New York 11722*

July 13, 2021

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Michael Romano and William Kearney</u>
     Criminal Docket No. 09-168 (S-2)(DLI)(VMS)

Dear Judge Irizarry:

  In accordance with Your Honor's July 7, 2021 order directing the government to advise the Court whether this case would be amenable to settlement, the government respectfully submits that a settlement conference is not appropriate at this time, in part, because the petition filed by claimant Karen Kearney ("claimant") does not state a claim to the forfeited assets pursuant to 21 U.S.C. § 853 (n). In addition, claimant has not, despite repeated requests, provided the government with records to support her potential claim.

  Accordingly, the government respectfully requests that the Court approve the following briefing schedule, agreed upon by the parties:

| | |
|---|---|
| August 6, 2021 | For service of the government's motion to dismiss; |
| September 3, 2021 | For service of Claimant's opposition; and |
| September 17, 2021 | For the government's reply, if any, and the filing of all motion papers. |

        Respectfully submitted,

        JACQUELYN M. KASULIS
        Acting United States Attorney

    By: <u>/s/ Diane C. Leonardo</u>
      Diane C. Leonardo
      Assistant U.S. Attorney
      (631) 715-7854