UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                              Case No.: 2:09-CR-168
                                                 (DLI)

        - against -

ROMANO, et at.,

                          Defendant.
--------------------------------------------------------------------------------X

I, Andrew J. Campanelli, hereby declare pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is correct.

    1.      I am the principal of the firm Campanelli & Associates, P.C., attorneys representing the Petitioner, Karen Kearney.

    2.      I submit this declaration in opposition to the United States motion to dismiss the Petitioner's petition under 21 U.S.C. §853(n)(2), for a hearing to adjudicate the validity of her right, title, and interest asserted herein with respect to the family residence located at 8 Valerie Place, East Islip, New York 11730 (hereinafter the "Property of the Family Home").

    3.      I submit the accompanying Memorandum of Law, and the following exhibit in opposition to the United States' motion to dismiss the petition of Claimant Karen Kearney;

                Exhibit 1      Petition of Karen Kearney

Dated:       Merrick, New York
               September 3, 2021

          Respectfully Submitted,

          **CAMPANELLI & ASSOCIATES, P.C.**

          By: /s/ *Andrew J. Campanelli*
               Andrew J. Campanelli
               Attorneys for Petitioner/Claimant
               1757 Merrick Avenue, Suite 204
               Merrick, New York 11566
               (516) 746-1600

# EXHIBIT 1