**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 09-CR-168 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Kearney | Final Order of Forfeiture |

| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | United States Marshals Service |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 222 Cadman Plaza East Street, Brooklyn, NY 11201 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| BREON PEACE, Untied States Attorney<br>Eastern District of New York<br>610 Federal Plaza, Central Islip, NY 11722<br>Attn: Madeline O'Connor | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please deposict the following seized funds in to the Asset Forfeiture Fund. Return Receipt Requested.

09-USP-000394    $153,588.44

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Madeline O'Connor*    KCL | ☒ PLAINTIFF<br>☐ DEFENDANT | 631-715-7870 | 4/4/2022 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 53 | District to Serve<br>No. 53 | Signature of Authorized USMS Deputy or Clerk<br>MARVELLA JEFFERSON  Digitally signed by MARVELLA JEFFERSON Date: 2022.04.04 11:33:04 -04'00' | Date<br>4/4/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>4/4/2022 | Time | ☐ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>MARVELLA JEFFERSON    Digitally signed by MARVELLA JEFFERSON Date: 2022.04.04 11:33:35 -04'00' |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

(09-USP-000394) $153,588.44 transferred to AFF on 3/30/2022.

D53:2009-CR-09-00168

Form USM-285
Rev. 03/21

JHK:DCL
F. #2009R00619

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,                    FINAL ORDER OF FORFEITURE

    - against -                          09-CR-168 (S-2)(DLI)(VMS)

WILLIAM KEARNEY,

              Defendant.

- - - - - - - - - - - - - - - - -X

        WHEREAS, on or about June 13, 2011, William Kearney (the "defendant"), was convicted after a jury trial of the offenses charged in Counts One and Two of the above-captioned Second Superseding Indictment, charging mail and wire fraud conspiracy in violation 18 U.S.C. § 1349; and money laundering conspiracy in violation of 18 U.S.C. §§ 1956(h), 1956 (a)(1)(A), 1957 (b), 1957 (d)(1);

        WHEREAS, on May 27, 2021, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of thirty-two million two hundred twenty thousand six hundred seventeen dollars and zero cents ($32,220,617.00) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in:

                (a) all of his right, title, and interest in real property located at 8 Valerie Place,

                    East Islip, New York, and all proceeds traceable thereto;

(b) all right, title, and interest in Astoria Federal Savings Bank account numbers 8310085512, 9000207905 and 9000342915 in the name of Karen Kearney, and all proceeds traceable thereto;

(c) all right, title, and interest in Citibank account numbers 66435322 and 66435154 in the name of William Kearney, and all proceeds traceable thereto;

(d) all right, title, and interest in Fidelity Investments account number X26361585 in the name of William Kearney, and all proceeds traceable thereto;

(e) all right, title, and interest in JP Morgan Chase account number 757968672 in the name of Northeast Gold and Silver, and all proceeds traceable thereto;

(f) all right, title, and interest in JP Morgan Chase account numbers 8235012873-65 and 8235012873-66 in the name of Atlantic Coin Galleries, and all proceeds traceable thereto;

(g) all right, title, and interest in JP Morgan Chase account numbers PXS-616192 and 737707158 in the name of William Kearney, and all proceeds traceable thereto;

(h) all right, title, and interest in ING Direct account number 35543264 in the name of William Kearney, and all proceeds traceable thereto;

(i) all right, title, and interest in Smith Barney account number 42F-2702C-12 in the name of William Kearney and Camille R. Kearney, and all proceeds

---

traceable thereto;

(j) all right, title, and interest in Wachovia Securities account numbers 6395-0113, 4671-2430 and 4671-2458 in the name of William Kearney, and all proceeds traceable thereto; and

(k) all right, title, and interest in HSBC account number 976208547 in the name of William Kearney, and all proceeds traceable thereto (collectively, the "Seized Assets"),

are forfeitable to the United States, as: (a) property, real or personal, constituting or derived from proceeds obtained directly or indirectly as result of the defendant's violations of 18 U.S.C. §1349; (b) property, real or personal, involved in the defendant's violation of 18 U.S.C. § 1956(h), or any property traceable to such property; and/or (c) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning May 28, 2021 through and including June 26, 2021. Docket Entry ("DE") 607;

WHEREAS, on or about May 19, 2021, Third-Party Petitioner Karen Kearney, by and through her counsel, filed an ancillary petition asserting an interest in the real property at 8 Valerie Place, East Islip, New York ("the third-party claim"). DE. 568. On or about, October 7, 2021, the Government filed a Motion to Dismiss the third-party claim. DE 592. Third-Party Petitioner Karen Kearney opposed the Government's Motion to Dismiss. DE 593;

WHEREAS, on or about January 5, 2021, the Honorable Dora L. Irizarry

issued a Memorandum and Order granting the Government's motion to dismiss the third-party claim. DE 603;

WHEREAS, other than the third-party claim of Third-Party Petitioner Karen Kearney, no other third party has filed with the Court any petition or claim in connection with the Seized Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 982(a)(1), 982(a)(2), 982 (b)(1) and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Assets and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and the Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of the Final Order of

Forfeiture and the Preliminary Order.


Dated:   Brooklyn, New York

January 19 _____, 2022

SO ORDERED:

*Dora L. Irizarry*
HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK