UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Case No.: 2:09-CR-168
(DLI)

- against -

ROMANO, et al.,

Defendant.

-------------------------------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**MOTION BY:**  CAMPANELLI & ASSOCIATES, P.C.
Attorneys for Proposed Plaintiff-Intervenor

**DATE, TIME
RETURNABLE:**  As Directed by the Court.

**PLACE OF HEARING:**  Before Honorable Dora L. Irizarry at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007

**RELIEF REQUESTED:**  An Order pursuant to Local Rule 4.1 granting Campanelli & Associates, P.C. permission to withdraw as counsel to Karen Kearney.

**SUPPORTING PAPERS:**  Declaration of Andrew J. Campanelli dated June 14, 2022, and Exhibits "A" and "B."

**PLEASE TAKE FURTHER
NOTICE:**  Pursuant to the Local Rules for the United States District Court for the Eastern District of New York, any opposition papers are due within fourteen (14) days of service of these moving papers.

Dated: Merrick, New York
June 14, 2022

Respectfully submitted,
CAMPANELLI & ASSOCIATES, P.C.
*Attorneys for Proposed Plaintiff-Intervenor Pearl Betesh*

By:    ___Andrew J. Campanelli /s/_____
Andrew J. Campanelli
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
Tel: (516) 746-1600
Fax: (516) 746-2611
Email: ajc@campanellipc.com

TO:    Diane C. Leonardo, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
for the Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722