# EXHIBIT A

June 10, 2022

Karen S. Kearney
8 Valerie Place
East Islip, NY 11730

Andrew J. Campanelli, Esq.
Campanelli & Associates, P.C.
Suite 204
1757 Merrick Avenue
Merrick, NY 11566

Re:   *United States v. Romano*
      Case No. 22-223
      U.S. Court of Appeals for the
      Second Circuit

Dear Mr. Campanelli:



Therefore, I request that you promptly file a motion to withdraw as my attorney in this matter. Please represent that your withdrawal is at your client's request. This is no reflection on your abilities or service, but rather merely a good faith difference in opinion on the direction this appeal should take.

I will be filing an extension request *pro se* on Monday, and I thus ask that your motion be filed prior to that time.

Very truly yours,

*Karen S. Kearney*

Karen S. Kearney

RECEIVED JUN 13 2022

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

### MOTION INFORMATION STATEMENT

Docket Number(s): 21-223 _____     _____ Caption [use short title] _____

Motion for: _____

Extension of Time Nunc Pro Tunc

_____

Set forth below precise, complete statement of relief sought:

Extension of time to file brief

_____     United States v. Romano (Kearney)

_____

_____

_____

_____

_____

MOVING PARTY: Karen Kearney _____     OPPOSING PARTY: United States of America _____

[ ] Plaintiff          [ ] Defendant

[✔] Appellant/Petitioner     [ ] Appellee/Respondent

MOVING ATTORNEY: Pro se _____     OPPOSING ATTORNEY: _____ Diane C. Leonardo, AUSA

[name of attorney, with firm, address, phone number and e-mail]

Karen Kearney                              610 Federal Plaza

8 Valerie Place                            Central Islip, NY 11722

Islip, NY    11730

Court- Judge/ Agency appealed from: **USDC EDNY** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes   [ ] No (explain): _____

_____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [ ] No   [✔] Don't Know

Is oral argument on motion requested?   [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [ ] No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   [ ] Yes  [ ] No

Has this relief been previously sought in this court?   [ ] Yes  [ ] No

Requested return date and explanation of emergency: _____

_____

_____

_____

Signature of Moving Attorney:

*Karen Kearney* _____ Date: June 10, 2022   Service by: [ ] CM/ECF  [✔] Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT


UNITED STATES OF AMERICA,                    Case No. 21-223

          Plaintiff-Appellee,

-vs-

MICHAEL ROMANO (KEARNEY),

          Defendant-Appellant.
_____/


APPELLANT'S MOTION FOR EXTENSION OF
TIME TO FILE BRIEF, NUNC PRO TUNC


Karen Kearney, Petitioner-Appellant herein, proceeding *pro se*, herewith moves this Court to extend the deadline for filing her brief in the above-captioned matter from June 7, 2022, to Monday, July 11, 2022, a period of 28 days.

1.   Kearney and her counsel have reached an impasse on the proper approach to be taken in this appeal. For that reason, Kearney has discharged counsel and is proceeding *pro se* at this time. Discharge of counsel should not be taken to reflect on counsel's ability or

- 1 -

dedication, but rather only to be the result of a difference in approach to the issues in the appeal.[1]

2.   This Motion is filed after the deadline for filing a brief has passed. Such a Motion is permissible under Rule 26(b) of the Federal Rules of Appellate Procedure even after the time to act has expired, Kearney was ill with COVID-19 over the past several weeks, and was not in a position to seek a *pro se* extension prior to now.

3.   This is the first extension either she or her counsel has sought for filing the brief. The matter at issue is whether Appellant should lose the home in which she has lived for 19 years. The strong public policy in favor of decision on the merits should guide the Court in granting this extension. See Hildebrand v. Allegheny Cty., 923 F.3d 128, 132 (3d Cir. 2019) ("If the case is close, 'doubts should be resolved in favor of reaching a decision on the merits'", quoting Adams

---

[1]   Kearney is seeking other counsel, but proceeds *pro se* at this time because of the time sensitive nature of this Motion.

- 2 -

<u>v. Trs. of the N.J. Brewery Emps.' Pension Tr. Fund</u>, 29 F.3d 863, 870 (3d Cir. 1994)); <u>McKenzie v. Principi</u>, 83 F. App'x 642, 644 (5th Cir. 2003) (doubts in decision on F.R.Civ.P. 60(b) "should be resolved in the favor of a judicial decision on the merits of a case'," quoting <u>Blois v. Friday</u>, 612 F.2d 938, 940 (5th Cir. 1980) (per curiam)).

4.   Thus, good cause for the grant of this additional period of time - so that Appellant may fully address the issues in this case — has been shown.

WHEREFORE, good cause having been shown, the deadline for the filing of Appellant's *Brief* should be extended to Monday, July 11, 2022.  The statements of fact made herein are true, under penalty of perjury.


Executed June 7, 2022

Karen S. Kearney
8 Valerie Place
Islip, NY 11703
Telephone: 631-553-4902
Email: Karensuecsw@aol.com

- 3 -

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States of America

**CERTIFICATE OF SERVICE***

Docket Number: 21-223

v.

Michael Romano (Kearney)

I, Karen Kearney , hereby certify under penalty of perjury that
(print name)

on June 11, 2022 , I served a copy of Motion for Extension of Time
(date)

Nunc Pro Tunc
(list all documents)

by (select all applicable)**

___ Personal Delivery       X United States Mail       ___ Federal Express or other
                                                            Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Diane C. Leonardo | USAO, 610 Federal Plaza | Central Islip | NY | 11722 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Andrew Campenelli | Ste 204, 1757 Merrick Ave | Merrick | NY | 11566 |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

June 11, 2022                                    *Karen S Kearney*
Today's Date                                        Signature

Certificate of Service Form (Last Revised 12/2015)