# EXHIBIT B

# CAMPANELLI & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY & CT Bar*

_____

Jean M. Smyth
*Member of NY Bar*

*COUNSEL*

George B. McPhillips
*1930-1994*

June 13, 2022

**VIA E-MAIL (*karensuecsw@aol.com*)**
Karen S. Kearney
8 Valerie Place
East Islip, New York 11730

Re:     **Withdrawal as Attorney – United States of America v. Romano (Karen Kearney)**
        **Case No. 22-223**

Dear Ms. Kearney:

With respect to this office's withdrawal as your attorney in the above action, this letter will confirm that this office has advised you of the following:

A.  You must promptly obtain other counsel unless you desire to appear *pro se.* You have indicated to this office that you plan to proceed *pro se.*

B.  If you are financially unable to obtain counsel, the Court may appoint counsel under the Criminal Justice Act, 18 U.S.C. § 3006A (CJA).

C.  Since you indicated that you will pursue an appeal *pro se,* we have advised you that the deadlines for docketing the record and filing a brief have passed, which you have acknowledged in writing.

We will immediately be filing a motion to withdraw from representing you in this matter. Please be guided accordingly.

Respectfully submitted,

*/s/ Andrew J. Campanelli*
Andrew J. Campanelli

cc:     Diane C. Leonardo, Esq.
        Assistant U. S. Attorney
        U. S. Attorney's Office for the Eastern District of NY
        610 Federal Plaza
        Central Islip, New York 11722