FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y.

★   AUG 05 2022   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————X

UNITED STATES OF AMERICA,

    v.

MICHAEL ROMANO, *et al.,*

        Defendants.

    Karen Kearney — Claimant

——————————————————X

Case No. 09 Cr. 168 (SJ)

MOTION FOR STAY

I, Karen Kearney, proceeding *pro se,* herewith moves this Court to grant her a stay pending appeal of the Final Order of Forfeiture of 8 Valerie Place, East Islip, NY 11730 (the Property).

Upon my attorney withdrawing from my appeal, I was served with a notice to vacate, directing me to vacate the premises by July 22, 2022. The Deputy United States Marshal delivering the notice said that he was doing at the direction of the United States Attorney's Office.  Thereafter, I asked the U.S. Attorney to agree to stay on the date for vacating the premises, based on my difficulties in finding replacement housing, scheduling movers in the summer months, and my getting my eldest son enrolled in college.  The U.S. Attorney granted me an additional thirty (30) days.

In my *Motion,* I noted that I have been diligent in seeking to resolve this matter, even finding (through my real estat

agent) a willing buyer who would have paid $830,000 for the property, free and clear of liens and encumbrances. But for the balance on the loan secured by a mortgage, the money would have gone to the government without it being required to expend any resources in selling it. However, the government refused the sale, and as a consequence, the opportunity was lost.

I noted that I practice as a psychotherapist on a full-time basis with a caseload of 35-40 clients, and disrupting their treatment appointments on short notice for moving my longtime residence is professionally irresponsible.

I noted that the government would be losing nothing by agreeing to a stay. I have been and continue to maintain the premises and pay the mortgage. Every time I make a payment, I reduce the principal owed on the loan and thereby increase the value of the property that the government will attain in the event the forfeiture is upheld. If the Court grants a stay, I will provide the U.S. Attorney with monthly evidence that the mortgage loan, insurance and taxes are being kept current. I have been residing on the Property for almost 20 years, many of which have been during the above-captioned litigation. My track record in responsibly maintaining the Property is well demonstrated.

I have raised substantial issues on appeal, my principal brief having been filed on July 21, 2022 (Case No. 22-1209,

Second Circuit). Those are (1) whether my petition should have been granted a hearing under *F.R.Crim.P.* 32.2; and (2) whether improperly including as forfeitable assets monies collected prior to July 30, 2002 — which is when 18 U.S.C. § 1349 conspiracy first came into being as a criminal offense — made a determination that the Property was forfeitable was error.

The requirement that the appeal raise a substantial question does not require this court to find that its own judgment is likely to be reversed on appeal. Instead, the appeal only must raise a question that "is one of more substance than would be necessary to a finding that it was not frivolous. It is a 'close' question or one that very well could be decided another way." *United States v. Randell*, 761 F.2d 122, 125 (2d Cir. 1985); citing *United States v. Giancola*, 754 F.2d 898, 901 (11th Cir. 1985).

For the foregoing reasons, I ask that the Court stay the final order of forfeiture as it relates to the Property until my appeal is resolved.

3

WHEREFORE, this *Motion* should be granted. I declare that the statements of fact made herein are true, under penalty of perjury.

Executed August 5, 2022

Karen S. Kearney
8 Valerie Place
East Islip, NY 11730
(631) 553-4902
karensuecsw@aol.com

4

## CERTIFICATE OF SERVICE

I herewith certify pursuant to 28 U.S.C. § 1746 that I have transmitted a manually-signed original of the foregoing *Motion for Stay* by causing the same to be delivered to the following:

> Clerk, U.S. District Court for the Eastern
>     District of New York
> Long Island Courthouse
> 100 Federal Plaza
> Central Islip, NY 11722

and I have served a true and complete copy of the same by depositing said document by first-class mail, postage prepaid, addressed to the following:

> Diane C. Leonardo
> Assistant United States Attorney
> 610 Federal Plaza
> Central Islip NY 11722

The foregoing statements are true under penalty of perjury.

Executed August 5, 2022                      *Karen Kearney*
                                             Karen Kearney

5