

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JHK:DCL

*610 Federal Plaza*
*Central Islip, New York 11722*

August 15, 2022

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Michael Romano and William Kearney
                 Criminal Docket No. 09-168 (S-2)(DLI)(VMS)

Dear Judge Irizarry:

This letter is respectfully submitted pursuant to Your Honor's order dated August 9, 2022, directing the government to respond to third-party claimant Karen Kearney's request for a stay of the final order of forfeiture, (Docket Entry ("DE") 575), pending the completion of her appeal of this Court's dismissal of her third-party ancillary petition. DE 669.

While the government does not agree or concede that Mrs. Kearney has raised "substantial issues on appeal" (DE 669 at p. 2) the government does not oppose her request for a limited stay of the final order of forfeiture as it relates to the property located at 8 Valerie Place, East Islip, New York ("8 Valerie Place") with certain conditions listed below. No other party has requested a stay with regard to the forfeiture of any of the other assets ordered forfeited in the FOF.

If the stay is granted, Mrs. Kearney has already agreed to provide the government with a monthly status report as to the payment of the mortgage, insurance and taxes. See DE 669 at p. 2. The status report should be submitted to both this office and the United States Marshals Service ("USMS") no later than the 15th of each month. In not opposing the request for stay, and in addition to monthly status reports, the USMS requires a current inspection and an updated appraisal of 8 Valerie Place. Further, in not opposing a stay, and in the event Mrs. Kearney fails to pay the monthly expenses or provide status reports, the government will require that she agree to vacate 8 Valerie Place within 10 days of failing to submit a monthly status report.

Finally, upon completion of the appeal, and provided this Court's decision dismissing Mrs. Kearney's third-party claim is affirmed, the government will require that Mrs. Kearney agree to vacate 8 Valerie Place within 10 days after the Second Circuit issues its decision.

Accordingly, if the foregoing is acceptable to Mrs. Kearney, the government will not oppose the stay and will provide a written agreement to her within the next 14 days.

Respectfully submitted,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/Diane C. Leonardo
Diane C. Leonardo
Assistant U.S. Attorney
(631) 715-7854

cc:   BY FEDEX
Karen Kearney, Pro Se
8 Valerie Place
East Islip, New York 11730