FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 18 2022   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————X

UNITED STATES OF AMERICA,

    v.

MICHAEL ROMANO, *et al.*,

       Defendants.

  Karen Kearney — Claimant

————————————————X

Case No. 09 Cr. 168 (SJ)

REPLY TO MOTION FOR STAY

    I, Karen Kearney, proceeding *pro se*, herewith reply to the Government's letter response to my motion for stay (ECF 630, August 15, 2022).

    Pending receipt of the Government's agreement for execution, I accept the terms offered by the Government in its letter response for stay (ECF 630).

    For the foregoing reasons, I ask that the Court to stay the final order of forfeiture as it relates to my residence at 8 Valerie Place until my appeal is resolved on the terms described in the Government's letter response, pending the execution of a definitive agreement in a timely manner.

I declare that the statements of fact made herein are true, under penalty of perjury.

Executed August 17, 2022

Karen S. Kearney
8 Valerie Place
East Islip, NY 11730
(631) 553-4902
karensuecsw@aol.com

2

## CERTIFICATE OF SERVICE

I herewith certify pursuant to 28 U.S.C. § 1746 that I have transmitted a manually-signed original of the foregoing *Reply* by causing the same to be delivered to the following:

>       Clerk, U.S. District Court for the Eastern
>             District of New York
>       Long Island Courthouse
>       100 Federal Plaza
>       Central Islip, NY 11722

and I have served a true and complete copy of the same by depositing said document by first-class mail, postage prepaid, addressed to the following:

>       Diane C. Leonardo
>       Assistant United States Attorney
>       610 Federal Plaza
>       Central Islip NY 11722

The foregoing statements are true under penalty of perjury.

Executed August 17, 2022          _Karen Kearney_
                                    Karen Kearney

3