**PROCESS RECEIPT AND RETURN**

U.S. Department of Justice
United States Marshals Service

See "*Instructions for Service of Process by U.S. Marshal*"

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 26 2022 ★

BROOKLYN OFFICE

| PLAINTIFF<br>United States | COURT CASE NUMBER<br>09-CR-168 |
|---|---|
| DEFENDANT<br>William Kearny | TYPE OF PROCESS<br>Final Order of Forfeiture |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
222 Cadman Plaza East Street, Brooklyn, NY 11201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| BREON PEACE, Untied States Attorney<br>Eastern District of New York,<br>610 Federal Plaza, Central Islip, NY 11722<br>Attn: Madeline O'Connor | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please exacute the Final Order of Forfeiture and arrange to have Final Order posted and/or take custody of the real property at 8 Valerie Place, East Islip, New York. Return Receipt Requested.

CATS ID#: 09-USP-000421

| Signature of Attorney other Originator requesting service on behalf of:<br>*Madeline O'Connor*  KCL | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>631-715-7870 | DATE<br>6/3/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 33 | District to Serve<br>No. 33 | Signature of Authorized USMS Deputy or Clerk | Date<br>06/07/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>FRONT DOOR TAPED | Date<br>6/7/22 | Time<br>11:00 | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>#3579 | | |

*Costs shown on attached USMS Cost Sheet* >>

REMARKS
TAPED ORDER ON FRONT DOOR

Form USM-285
Rev. 03/21