FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAY 17 2023  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————X

UNITED STATES OF AMERICA,

    v.

MICHAEL ROMANO, *et al.*,

    Defendants.

    Karen Kearney – Claimant

———————————————————X

Case No. 09 Cr. 168 (SJ)

MOTION FOR ISSUANCE OF ORDER
PURSUANT TO ALL WRITS ACT

We, Karen Kearney and William Kearney, proceeding jointly *pro se,* herewith move this Court pursuant to the *All Writs Act,* 28 U.S.C. 1651(a) to order the Government to cause the transfer of the local property tax records and mortgage records on my former residence, 8 Valerie Place, East Islip, New York 11730, into its name.

1.    This Court granted a *Final Order of Forfeiture* (ECF 612), January 19, 2022, ordering that ownership of 8 Valerie Place, East Islip, New York 11730, was forfeited to the United States government.  Pursuant to an oral understanding with the Government, Karen Kearney remained in the home until February 1, 2023, during which time she paid all the principal and interest due on the mortgage, real estate taxes and insurance on the

residence. As well, she maintained the residence, and when she vacated it, I left it in good condition.

2.    William Kearney is obligated under the note although we both are mortgagors on the premises. We are both obligated to pay property taxes.

3.    Since Karen Kearney vacated the residence, we have informed the Receiver of Taxes and CENLAR Mortgage that the Government is now the owner of the property and obligated for taxes and servicing the debt. As well, we have repeatedly asked the United States Attorney's Office and United States Marshal Service to contact the mortgagee and the taxing authority to assume the obligations for the property that are incidences of ownership.

4.    The Government has refused to do so unless Karen Kearney dismisses her appeal of the forfeiture, pending in the United States Court of Appeals for the Second Circuit. Meanwhile, the Government has marketed the residence and currently has it under a contract of sale. Every day that passes with the mortgage remaining non-current and unpaid and the taxes past due impugns our credit. We are faced with a Hobson's choice of paying taxes and a mortgage on a property that is no longer ours or letting the Government cause the ruination of our creditworthiness.

5.    The Government instituted the forfeiture action so that it could own 8 Valerie Place. The Court ordered that the property be forfeited to the Government. The Government now owns and

possesses the property, and in fact, has signed a contract to sell it to an unrelated third party for about $930,000.  We thus ask that the Court issue an order in aid of its jurisdiction directing the Government to assume full ownership of the property it so badly wanted and to remove us as obligors on taxes or the mortgage, retroactive to March 1, 2023, when the Government obtained possession.

6.    The *All Writs Act* empowers federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). The *Act* enables a federal court to "issue such commands... as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."  *In re Am. Honda Motor Co., Inc.*, 315 F.3d 417, 437 (4th Cir. 2003), quoting *Pa. Bureau of Corr. v. U.S. Marshals Serv.*, 474 U.S. 34, 40 (1985). The "power conferred by the *Act* extends, under appropriate circumstances, to persons who, though not parties to the original action or engaged in wrongdoing, are in a position to frustrate the implementation of a court order or the proper administration of justice... and encompasses even those who have not taken any affirmative action to hinder justice." *United States v. New York Tel. Co.*, 434 U.S. 159, 174 (1977) (cleaned up).

3

7.    Courts analyze various elements when determining whether to invoke the *All Writs Act*, including whether any applicable federal law governs the request, whether there is any constitutional issue that is implicated, whether a prior order of the court exists that a further order will aid, and whether exceptional circumstances justify invocation of the *All Writs Act. In re Application for Order Authorizing Disclosure*, 849 F. Supp. 2d 526, 580-81 (D.Md. 2011); *see also In re Apple, Inc.*, 149 F. Supp.3d 341, 350 (E.D.N.Y. 2016) (explaining that the "plain text" of the statute confers authority to issue orders when issuance is "in aid of" the issuing court's jurisdiction, the type of writ must be "necessary or appropriate" to provide such aid, and the issuance must be "agreeable to the usages and principles of law," quoting 28 U.S.C. § 1651(a)); *Bordelon Marine, LLC v. Bibby Subsea ROV, LLC*, Case No. 16-cv-1106 (E.D. La. Jan. 30, 2017), 2017 U.S. Dist. LEXIS 12010, 2017 WL 396188, at *3-4  (party seeking relief under the *All Writs Act* must satisfy three elements: (1) there must be "no other adequate means to attain the relief" that is sought, (2) a party's right to issuance of the writ must be "clear and indisputable," and (3) the order must be "appropriate under the circumstances").

8.    Here, we have no recourse to compel the Government to assume full ownership of the property, including the liabilities that are necessarily attached to it as of the date the

4

Government assumed possession. There is no question that we do not remain liable for paying the loan secured by the property and which is senior to the Government's interest, nor that we remain liable for property taxes on the property. Our right to not continue to be obligated for paying for property now belonging to the Government is clear, as is our right not to suffer impugnment of our credit or be limited in being able to obtain housing or services due to unpaid taxes. The Government's demand tying its assumption of these debts to Karen Kearney dismissing her pending appeal is an abusive and unwarranted condition placed on her exercise of her rights.

9. Finally, there can no question that the order would be appropriate under the circumstances. Karen Kearney maintained the property, continued to pay the mortgage (increasing the equity in the already-forfeited home, and paid taxes while she continued to occupy it. It is inequitable for the Government to hold our creditworthiness hostage to a settlement demand, but it is especially inequitable to do so for Karen Kearney, who was not involved in any of the wrongdoing leading to the forfeiture.

10. This Court has an interest in seeing that its orders are carried out. That includes seeing that the Government deprives an owner of property only to the extent of a *Final Order of Forfeiture,* and does not abuse the order to enjoy the benefits of ownership without assumption of the obligations,

jeopardizing the creditworthiness of the prior owners in order to secure a benefit in a different court.

11.   Thus, this Court should order the Government to notify the mortgage lender that effective March 1, 2023, it assumed ownership of the home and the obligation to service the mortgage:

The mortgagee is

> Cenlar Mortgage
> Cenlar FSB
> PO Box 77404
> Ewing, NJ 08628

The mortgagor is

> William Kearney
> Account No. 4769099559
> 8 Valerie Place
> East Islip, NY 11730

The *Order* should also direct the Government to notify the Receiver of Taxes for Islip, New York that effective March 1, 2023, it assumed ownership of the home and the obligation to pay the taxes:

> Andy Wittman
> Receiver of Taxes
> 40 Nassau Avenue
> Islip, NY 11751
>
> Re:   8 Valerie Place
>       East Islip, NY 11730

6

We declare that the statements of fact made herein are true, under penalty of perjury.

Executed May 16 , 2023

_Karen S. Kearney_
Karen S. Kearney
38 Meroke Lane
East Islip, NY 11730
(631) 553-4902
karensuecsw@aol.com

Executed May 16 , 2023

_____
William Kearney
Reg. No. 72244-053
654 W Montauk Highway
Lindenhurst NY 11757
(631)260-0924

7

CERTIFICATE OF SERVICE

I herewith certify pursuant to 28 U.S.C. § 1746 that I have transmitted a manually-signed original of the foregoing *Motion for Issuance of an Order Pursuant to the All Writs Act* by causing the same to be delivered to the following:

> Clerk, U.S. District Court for the Eastern
> District of New York
> Long Island Courthouse
> 100 Federal Plaza
> Central Islip, NY 11722

and I have served a true and complete copy of the same by depositing said document by first-class mail, postage prepaid, addressed to the following:

> Diane C. Leonardo
> Assistant United States Attorney
> 610 Federal Plaza
> Central Islip NY 11722

The foregoing statements are true under penalty of perjury.

Executed May 16 , 2023       _Karen A Kearney_
                                  Karen Kearney