

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

January 8, 2024

Honorable Dora L. Irizarry
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Michael Romano and William Kearney
                Criminal Docket No. 09-168 (S-1)(DLI)

Dear Judge Irizarry:

       The government respectfully submits this second status letter in response to the Court's order dated November 27, 2023. After filing a status letter earlier today (Docket Entry No. 690), the pro se petitioner Karen Kearney responded and agreed to the government's request for a six-month period of discovery.

       Accordingly, the government and the third-party petitioners respectfully request that the Court allow a period of discovery to be completed on or before July 8, 2024.

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney
               By: /s/ Diane C. Leonardo
                            Diane C. Leonardo
                            Assistant U.S. Attorney