

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

June 14, 2024

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Romano</u>
         CR-09-0168 (DLI)(VMS)

Dear Magistrate Judge Scanlon:

The undersigned writes, with the consent of the third-parties, pursuant to the Court's order dated March 4, 2024 to provide a status report regarding discovery and to respectfully request a 90-day extension to the discovery schedule.

The parties have exchanged document demands and interrogatories, however, in their respective responses, both counsel for third-party Jeanne Romano and *pro se* third-party Karen Kearney have indicated that they are seeking additional documents from prior attorneys that they will provide to the government. Once provided, the government will require time to review the material prior to the scheduling of depositions.

Under these circumstances, the parties respectfully request the following extensions:

From June 30 2024 to September 30, 2024 for the completion of depositions; and
From July 30, 2024 to October 30, 2024 for the initiation of summary judgment.

This is the parties first request for an extension to the discovery schedule. Thank you for Your Honor's consideration of this request.

        Respectfully submitted,
        BREON PEACE
        United States Attorney
    By: /s/ Diane C. Leonardo
        Diane C. Leonardo
        Assistant U.S. Attorney

cc: Matthew Gilmartin, Esq, Counsel for Jeanne Romano, by ECF
    Karen Kearney, *pro se* third party, by Fedex